# Wilcox Law PA

# INVOICE

721 1st Ave N Ste 100  
Saint Petersburg, Florida 33701-3603

Invoice # 132  
Date: 02/17/2014  
Due Upon Receipt

William John Gadd  
Bank of America Building  
2727 Ulmerton Road  
Ste 250  
Clearwater, FL 33762

## 00109-Gadd

## Motion for Protective Order- Williams v Bay Area Credit Service Case Number: 8:13-cv-2278T24TBM

| Type | Date | Description | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 01/23/2014 | Telephone call with Sangeeta Spengler re. deposition of John Gadd. | 0.20 | $300.00 | $60.00 |
| Service | 01/25/2014 | Review correspondence from Sangeeta Spengler re deposition. | 0.20 | $225.00 | $45.00 |
| Service | 01/27/2014 | Draft letter to Sangeeta Spengler, Esquire regarding cancellation of deposition. | 0.60 | $300.00 | $180.00 |
| Service | 01/28/2014 | Review correspondence from Sangeeta Spengler regarding scheduling deposition. | 0.10 | $300.00 | $30.00 |
| Service | 01/30/2014 | Draft motion for protective order against deposition of John Gadd Esquire. | 1.90 | $300.00 | $570.00 |
| Service | 01/31/2014 | Revise motion for protective order and memorandum of law to include motion to quash subpoena duces tecum. | 1.40 | $300.00 | $420.00 |
| Service | 02/11/2014 | Attend Hearing: Review Defendant's response to motion for protective order. Draft motion to file reply brief. | 1.30 | $300.00 | $390.00 |
| Service | 02/13/2014 | Draft motion for attorneys fees and affidavits in support. | 1.30 | $300.00 | $390.00 |

Total **$2,085.00**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 132 | 02/17/2014 | $2,085.00 | $0.00 | $2,085.00 |
| | | | **Outstanding Balance** | **$2,085.00** |
| | | | **Total Amount Outstanding** | **$2,085.00** |

Please make all amounts payable to: Wilcox Law PA

Payment is due upon receipt.